DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DANNY KNIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1416

————————————————

October 15, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

W. Charles Fletcher of Law Offices of W. Charles Fletcher, Jacksonville, for Appellant.

PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.